**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **STEVE ALLEN KEEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1503-R** |
| | ) | |
| **ABONIS AL-BOTROS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Mr. Keel filed this pro se Complaint alleging numerous civil rights violations. [Doc. No. 1]. The Court referred his Complaint to United States Magistrate Judge Amanda L. Maxfield, under 28 U.S.C. § 636(b)(1)(B, C), who recommended that the Court dismiss it without prejudice for failing to follow the Court's orders to cure deficiencies. [Doc. No. 14]. Mr. Keel failed timely to object. So the Court ADOPTS Judge Maxfield's R&R.

Accordingly, the Court DISIMISSES Mr. Keel's Complaint without prejudice to refiling.

IT IS SO ORDERED this 2nd day of November, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**